In the Matter of Frank M. Hardenbrook.— Reference ordered. Settle order on notice.

Beatrice Dreyfus, Appellant, v. Emil Dreyfus, Respondent.— Motion granted so far as to vacate the order dismissing the appeal on condition that the appellant have her appeal ready for argument at the October term. Settle order on notice.

James Jeremiah Enright, Respondent, v. John Boyd, Individually and as Trustee for James J. Enright, and Others, Impleaded with Palmer Mountain Tunnel and Power Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion.

Milton S. Sommerich and Others, Respondents, v. W. A. Squire & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.)

Joseph Harris, as Trustee in Bankruptcy of the Pequod Brewing Company, Bankrupt, Respondent, v. Arthur Wells, Appellant.— Judgment affirmed, with costs. No opinion.

Henry W. Cane, Respondent, v. Gustav Becker, Appellant.— Judgment and order affirmed, with costs. No opinion.

Mercy M. Plum, Respondent, v. Fedele Rinaldini, Appellant, Impleaded with Anna Rinaldini, His Wife, and Others.— Judgment affirmed, with costs. No opinion.

Elizabeth Reich, Respondent, v. Eva S. Cochran and Others, as Executors and Trustees, etc., of William F. Cochran, Deceased, Appellants.— Judgment affirmed, with costs. No opinion.

Trust Company of New York, Respondent, v. Universal Talking Machine Company and Universal Talking Machine Manufacturing Company, Appellants, Impleaded with George H. Robinson and Others. — Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion.

City Real Estate Company, Appellant, v. William F. King, Respondent, Impleaded with Martha K. King.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

In the Matter of the Petition of Carrie Boskowitz, Appellant, for the Payment of Funeral Expenses of Ignatz Boskowitz, Deceased. Jesse L. Boskowitz, as Administrator, etc., of Ignatz Boskowitz, Deceased, Respondent.— Order affirmed, with costs. No opinion.

Town Topics Publishing Company, Appellant, v. Peter F. Collier and Robert J. Collier, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

William D. Mann, Appellant, v. Peter F. Collier and Robert J. Collier, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Francis Millward Wilson, Appellant, v. The Puritan Steamship Company, Limited, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.